BRONX COUNTY TRUST COMPANY and Another, as Administrators, etc., of ELLEN CAMPBELL, Deceased, Appellants, v. FRANCES H. O'CONNOR, Also Known as FRANCES H. FLANAGAN, MADELON R. O'CONNOR, Respondents, and FRANCES V. O'CONNOR, as One of the Administrators, etc., of ELLEN CAMPBELL, Deceased, Defendant.— Order so far as appealed from reversed, with ten dollars costs and disbursements to the appellants, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMMA R. GREGORY, Respondent, v. GEORGE N. GREGORY, Appellant.— Order reversed and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN CUDEQUEST, an Infant, by JACOB J. CUDEQUEST, His Guardian ad Litem, Respondent, v. FRANCIS B. McNAMARA and Another, Defendants, Impleaded with ROBERT BRADLEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCES B. GRAY, Respondent, v. PROPERTIES DEVELOPING CORPORATION and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY OTTOMANELLI and Another, Respondents, v. PAULINE SCHATTEN, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HILDA WEST, Appellant, v. WILLIAM E. WALSH, as Chairman of the Board of Standards and Appeals of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTELLE LEAVY, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion as to items 7, 8 and 9 granted. The bill of particulars to be served within fifteen days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.